PROB 12B
ED/AR (12/2010)

# United States District Court

### for the

### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 7 2012

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  April Marie Stewart            Case Number:  4:09CR00090-002 SWW

Name of Sentencing Judicial Officer:    Honorable Susan Webber Wright
United States District Judge

Offense:            Conspiracy to Commit Access Device Fraud

Date of Sentence:   June 2, 2010

Sentence:           3 years probation, substance abuse treatment, mandatory drug testing, mental
health treatment, financial disclosure, no new lines of credit, employment
restrictions, financial counseling, four months home detention with electronic
monitoring, DNA, $16,503.52 restitution, and $100 special penalty
assessment

Type of Supervision:  Probation            Date Supervision Commenced:  June 2, 2010
Expiration Date:  June 1, 2013

Asst. U.S. Attorney:  Jana Harris            Defense Attorney:  To be appointed

U.S. Probation Officer:  Satori Barnes
Phone No.:  501-604-5268

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **During supervised release, payments will be $25 per month.  If defendant's income
> increases from its current amount, payments will be 10 percent per month of the
> defendant's monthly gross income.**

### CAUSE

Ms. Stewart is currently in default on her Court-Ordered restitution payments.  Ms. Stewart failed to
make any payments during the months of August, September, October, November, and December 2011,
due to financial difficulties.  Ms. Stewart also opened a new line of credit without permission from the
Court with J.C. Penny to purchase clothes for her children.  The account was open for three months
before being closed by the credit grantor.  Ms. Stewart was reminded she cannot open any new lines of

Prob 12B          -2-          Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: April Marie Stewart          Case Number: 4:09CR00090-002 SWW

credit without the permission of the Court. Over the past several months, the U.S. Probation Office has been working with Ms. Stewart in an effort to determine if she has the ability to pay said amount and if not, determine the amount she can afford.

Ms. Stewart completed a monthly cash flow statement which revealed a current monthly income of $775.19 with monthly expenses of $762.00. Based on her current financial status, Ms. Stewart is unable to make restitution payments based on 10% of her gross monthly income. Mr. Stewart's financial situation will continue to be reviewed and payments based on 10% of her gross monthly income will resume should her financial status improve.

On May 30, 2012, Assistant Federal Public Defender Molly Sullivan was contacted telephonically to review the waiver of hearing to modify conditions of probation with Ms. Stewart. On May 30, 2012, Ms. Stewart signed a Prob 49, Waiver of Hearing to Modify Conditions of Probation, agreeing to the modification.


Satori Barnes
U.S. Probation Officer

Date: June 1, 2012


Jana Harris
Assistant U.S. Attorney

Date: 6-4-12

This form is to be filed with Criminal Docketing as a motion.


THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[ ]    Other


Signature of Judicial Officer

6-7-2012

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Prob 12B                                  -3-                          Request for Modifying the
                                                              Conditions or Terms of Supervision
                                                                 with Consent of the Offender

Name of Offender:  April Marie Stewart          Case Number:  4:09CR00090-002 SWW

Approved:

_____
Supervising U.S. Probation Officer

SYB/clh

c:  Assistant Federal Public Defender, Molly Sullivan, 1401 West Capitol Avenue, Suite 490,
    Little Rock, AR 72201
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203
    U.S. Attorney's Office, Financial Litigation Unit, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**During supervised release, payments will be $25 per month.  If defendant's income increases from its current amount, payments will be 10 percent per month of the defendant's monthly gross income.**

Witness: _____     Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

_____5-30-12_____
DATE